**WO**  SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Calvin Dale Walker, ) | No. CV 06-1942-PHX-SMM (JRI) |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora Schriro, et al., ) | |
| ) | |
| Respondents. ) | |

Petitioner Calvin Dale Walker, who is confined in the Arizona State Prison-Phoenix West, in Phoenix, Arizona, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc.# 1.)[1] After affording Petitioner an opportunity to show cause why this action should not be summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Court summarily dismissed this case. (Doc.# 3-5.) Petitioner filed a notice of appeal and a motion for certificate of appealability in the Ninth Circuit Court of Appeals. (Doc.# 7-9.) The Ninth Circuit referred the motion for certificate of appealability to this Court for resolution. (Doc.# 9.)

Rule 22(b) of the Federal Rules of Civil Procedure requires a court to issue a certificate of appealability or state why a certificate should not issue. The Court has reviewed the Petition, the Order to Show Cause, Petitioner's Response to the Order to Show Cause and the Order dismissing this action. (Doc.# 1, 3, 4, 5.) The Court concludes that

---

[1] "Doc.#" refers to the docket number of documents filed in this action.

1 Petitioner has failed to make a substantial showing that a constitutional right has been denied
2 within the meaning of 28 U.S.C. § 2253(c). Accordingly, the Court will deny Petitioner's
3 motion for a certificate of appealability.

4     **IT IS ORDERED** that Petitioner's motion for a certificate of appealability is
5 **DENIED**. (Doc.# 8.)

6     DATED this 7th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge